

**Davis Wright Tremaine LLP**

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Christopher L. Donati**
(212) 603-6422 tel
(212) 379-5212 fax

chrisdonati@dwt.com

October 5, 2020

**By ECF**

The Honorable Allyne R. Ross
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Crosson v. Olipop Inc.*, Case No. 1:20-cv-02691-ARR-JO

Dear Judge Ross:

This firm is counsel to defendant Olipop Inc. in the above-referenced action. We write, jointly on behalf of both parties, to inform the Court that the parties have reached a contemplated settlement in principle.

The parties respectfully request a stay of proceedings, for the Court to cancel all dates *sine die*, and to afford the parties a brief opportunity to memorialize their settlement in writing before final dismissal of this action.

We are grateful for the Court's attention to this matter.

Respectfully submitted,

Davis Wright Tremaine LLP

Christopher L. Donati

cc: Dan Shaked, Esq. (via ECF)

> In view of the contemplated settlement it is Ordered that this case is Dismissed without prejudice to the right to reinstate within 45 days if the settlement is not consummated.
>
> /s/(ARR)
> ALLYNE R. ROSS, U.S.D.J.
> 10/6/20

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.
4842-4988-6413v.1 0110723-000007